RECEIVED
SDNY PRO SE OFFICE
2015 DEC -2 AM 10: 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Livigni, John/
349-15-10744

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

New York City Department of Corrections:
C.O. Ortega / #18099
C.O. Torres: #13202
Captain Najah / #366

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☐ No
(check one)

15 CV 9454

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name John Livigni
ID # 349-15-10744
Current Institution Manhattan Detention Center
Address 125 White Street
New York, New York 10013

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name C.O. Ortega Shield # 18099
Where Currently Employed Manhattan House
Address 125 White Street
NY, NY 10013

Defendant No. 2
Name C.O. Torres Shield # 13202
Where Currently Employed Manhattan House
Address 125 White Street
NY, NY 10013

Defendant No. 3
Name Captain Najah Shield # 366
Where Currently Employed Brooklyn House
Address 275 Atlantic Avenue
11201

Defendant No. 4
Name ______ Shield # ______
Where Currently Employed ______
Address ______

Defendant No. 5
Name ______ Shield # ______
Where Currently Employed ______
Address ______

II. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

Brooklyn House of Detention

B. Where in the institution did the events giving rise to your claim(s) occur?

Within the DOC bus # 315B

C. What date and approximate time did the events giving rise to your claim(s) occur?

October 2, 2015 @ 11:30 p.m. (eleventhirty) until (7:00am) October 3, 2015 → ~~8hrs.~~ 7½ hrs.

D. Facts:

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

a.) At Intake at Brooklyn House, denied entry due to cross interests (family member works at Brooklyn House)

b.) Re-cuffed placed on B/S #315 B.

c.) C.O.'s Ortega/Torres call Manhattan House for clearance to return inmate Livigni, plaintiff.

d.) Manhattan House denies re-entry for Livigni disregarding the conflict interest. (Livigni's relative works at Brooklyn House.

e.) Livigni plaintiff was afraid to re-enter Brooklyn House.

f.) Officers Ortega and Torres remained and kept Livigni on a cold bus w/o water or facilities for (8) hours refusing all accomodations and minimum standards.

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The handcuffs were placed upon my wrists w/ under act deliberate malice. My wrists lost circulation and are chronically debilitated.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes X No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Manhattan house / Brooklyn House

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes X No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes X No ____ Do Not Know ____

If YES, which claim(s)? ____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes X No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? Manhattan House

1. Which claim(s) in this complaint did you grieve? Cruelty / Mistreatment

2. What was the result, if any? Unresolved!

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. n/a

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: n/a

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: n/a

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. n/a

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would appreciate that the Court compensate me because of the Civil Rights Violations regarding my minimum standards and the physical damage upon my person (wrists) $300,000.00

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No X

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket or Index number ______

4. Name of Judge assigned to your case ______

5. Approximate date of filing lawsuit ______

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No X

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket or Index number ______

4. Name of Judge assigned to your case ______

5. Approximate date of filing lawsuit ______

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of ____________, 20__.

Signature of Plaintiff John [signature]

Inmate Number 349-15-10744

Institution Address Manhattan House
125 White Street
NY, NY
10013

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 4th day of November, 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: John [signature]

Exibit A



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE AND REQUEST PROGRAM

## TRANSMITTAL TO CENTRAL OFFICE REVIEW COMMITTEE FORM

Form: # 7105R
Eff.: 09/10/12
Ref.: Dir. #3376

| Inmate's Name: John Livigni | Book & Case #: 3491510744 | NYSID #: 07739416Y |
|---|---|---|
| Grievance/Request Reference #: | Transmittal Date: | Facility: M.D.C |

| Title of Grievance or Request: MISTREATMENT | Category: |
|---|---|

Grievance or Request Description: I INMATE John Livigni Booking CASE # 3491510744 Am WRiTing THis gRiEVANCE, ON CORRECTIONAl officERS ORTEGA SHield # 18099 AND TORRES # SHIEld 13202 AND along WiTH CAPTAIN NAJAh SHield # 366 STATION IN BROOKlyN ON THE ABOVE DATE OCTOBER 2, 2015 AND TIME 6:30PM ME AND TWO INMATES BY THE NAMES of KEVIN John SAYON Booking CASE # 3491510982 AND Also DAIVON WEBSTER Booking CASE# 3001500543 WE WORE HOUSED IN M.D.C UNIT 8EAST WE WORE PACKED UP ON THE OVERlode DO TO THE T.C. level low IN THE HOUSEING UNIT 8EAST SO ON OCTOBER 2, 2015 AT 6:30PM ME AND THE ABOVE INMATES WORE TAKING TO INTAKE TO BE TRANFERE TO BKlyN HOUSE AND ONE INMATE BYE THE NAME of KEVIN JOHN SAYON. # 3491510982 WAS NOT AllOWED

IGRP Disposition: IN BKlyN HOUSE AND DAIVON WEBSTER # 3001500543 REFUSED TO STAY IN BKlyN HOUSE AND MY SElf JOHN Livigni # 3491510744 Told THE officERS IN M.D.C BEFORE lEVEING M.D.C I CAN'T go To BRKlyN HOUSE DO TO THE fACT THAT I HAVE A famley member THAT WORKS THERE BUT THAY STill SENT ME THERE WITH OUT CHECKING WITH BKlyN SO officERS ORTEGE SHield # 18099 AND TORRES # 13202 Took US INTO BKlyN HOUSE AND DId NOT WATE foR NO BRASS TO COME AND ASiS Him IN THE MATTER AT HAND INSTED HE lET A NOTHER officER such AS His SElf TEll HiM HE DON'T HAVE TimE foR THE Bull SHIT TAKE ME AND THE ABOVE INMATES BACK TO M.D.C. So ORTEGA SHield # 18099 AND

Commanding Officer's Disposition: TORRES SHield # 13202 PUT THE HANDCUFFS BACK ON US AND PUT ME AND THE INMATES BACK ON BUS # 815B AND HAd US SiT ON THE BUS OUTSidE BKlyN House 11:30PM To 6:30AM So THE CAPTAIN NAJAh SHield # 366 CAME OUT To SEE WHAT WAS going ON AND ME AND THE OTHERE INMATES Told Him WHAT WAS going ON AND THAT WE WAS SiTTING ON THE BUS all THAT TimE from 11:30 To 6:30 and THAT officERS ORTEGE SHIEld # 18099 AND TORRES # 13202 Denide US WATER AND also USE TO THE BATHROOM, SO CAPTAIN NAJAh SHield # 366 Told TORRES AND officER ORTEGE To TAKE US BACK wich THAY DID SO when WE GET BACK To M.D.C WE WERE place Back in INTAKE CEll'S SUNDAY AND THEN I WAS SENT BACK To BKlyN House SUNDAY OCTOBER 4, 2015 And WAS TAKING IN To INTAKE THERE. AND I STill Told THEM WHAT WAS going ON AND PUT ME →

| IGRP Executive Director Signature: | Date Prepared: | Attachment J |
|---|---|---|

...K ON THE ... ...THAT WORKS THERE. AND ...ECK AND SEE IF I REALLY DO HAVE A FAMILY MEMBER ... - Told THE officers THAT BRUNG ME THERE TO TAKE ME BACK BECOUSE IN fact DO HAVE A famley MEMBER THAT WORK THERE So I was BRUNG BACK. To ...E place BACK IN To INTAKE Holding CELL INTO THERE WAS A Bed for ME. and ...AT WAS INTO Sunday OCTOBER 4, 2015. 6:30 EVENING. and also my RIST WAS ...NJERD" do To THE fact THAT officER TORRES SHIELD # 13202 ...UT THA HANDcuff's VERRY TITE ON my Right Rist, and ...ll THESE THINGS THAT HAPPIN IS All ON M.D.C AND BKlyn HOUSE CAMERA'S, So plEASE THANK You for ASSISTING ME IN THIS MATTER.

Yours Truelly
John Livigni
349151074

1021/ 246


John Livigni/349-15
Manhattan House of Detention
125 White Street
NY, NY 10013
LEGAL MAIL
Pro-se
JRB
12/2/15
USM P3
SDNY
United States District Court
Southern District of New York
500 Pearl Street
NY, NY 10007
SDNY PRO SE OFFICE
2015 DEC -2 AM 10:12